IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.     Case No. 3:08cr23/LAC

JAMES BRIAN GLENN

___

## ORDER ADOPTING AND AMENDING CONDITIONS OF RELEASE

The defendant is charged by an indictment with offenses alleged to have been committed in this district. At an initial appearance held on March 10, 2008, it was determined that defendant should be released under the same conditions as were imposed on March 3, 2008 at his initial appearance in the Southern District of Florida, Miami Division in case no. 08-2267-Turnoff. The conditions of release in that case are hereby adopted, with the following additional conditions:

1. Refrain from possessing a firearm, destructive device or other dangerous weapon.

2. Refrain from excessive use of alcohol.

3. Refrain from any use or possession of a narcotic drug or other controlled substances in 21 U.S.C. Sec. 802, unless with prior written approval of the Pretrial Services officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

The following conditions previously set shall be modified:

1. Report as directed by the Pretrial Services Office via telephone (813/225-7648) each Monday before noon and fully comply with all instructions of the Pretrial Services Officer.

2. Travel is restricted to the Northern District of Florida for court purposes and the Middle District of Florida for residence.

3. Defendant's passport, which is in the possession of attorney Stephen Binhak, Miami, Florida, is to be sent directly to Pretrial Services, Pensacola, Florida, by March 14, 2008.

DONE and ORDERED in Pensacola, Florida on this 10th day of March, 2008.

*Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE