# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                     CASE NO. 3:08cr23 LAC

JAMES BRIAN GLENN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   JUNE 19, 2008

Motion/Pleadings: **MOTION FOR ACQUITTAL AND OTHER RELIEF**

Filed by DEFENDANT    on 6/17/08    Doc.# 84

RESPONSES:

                     on          Doc.#
                     on          Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of June, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b)*

                                           *s/L.A. Collier*
                                           **LACEY A. COLLIER**
                                     *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
```

Document No.