**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                           CASE NO. 3:08cr23 LAC

JAMES BRIAN GLENN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on    JUNE 19, 2008
Motion/Pleadings: MOTION FOR NEW TRIAL
Filed by DEFENDANT     on 6/17/08     Doc.# 85

RESPONSES:

                                                      on        Doc.#
                                                      on        Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                                      WILLIAM M. McCOOL, CLERK OF COURT

                                                      *s/Mary Maloy*
LC (1 OR 2)                               Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of June, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

                                                      *s/L.A. Collier*
                                                      ***LACEY A. COLLIER***
                                       *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.