UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:08cr23 LAC

JAMES BRIAN GLENN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___July 17, 2008___
Motion/Pleadings: REQUEST FOR RECONSIDERATION OF PRODUCTION OF TRIAL TRANSCRIPTS
Filed by DEFENSE on 7/16/08   Doc.# 92

RESPONSES:

\_\_\_\_\_ on \_\_\_\_\_ Doc.# \_\_\_\_\_
\_\_\_\_\_ on \_\_\_\_\_ Doc.# \_\_\_\_\_

\_\_\_\_\_ Stipulated   \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed   \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 1st day of August, 2008, that:*
*(a) The relief requested is **GRANTED**.*
*(b) \_\_\_\_\_*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: \_\_\_\_\_ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: \_\_\_\_\_

Document No.