UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS          CASE NO. 3:08cr23 LAC

JAMES BRIAN GLENN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on __AUGUST 7, 2008__
Motion/Pleadings: __MOTION TO CONTINUE SENTENCING__
Filed by __DEFENDANT__ on __8/5/08__ Doc.# __97__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated      _____ Joint Pldg.
__x__ Unopposed        _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)              Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 6th day of August, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

s/ *L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.