**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                  CASE NO.  3:08CR23/LAC

JAMES BRIAN GLENN

### REFERRAL AND ORDER

Referred to Senior Judge Lacey Collier on January 13, 2009
Motion/Pleadings: MOTION FOR SUBSTITUTION OF COUNSEL
Filed by Defendant   on 1/12/09   Doc.# 185
RESPONSES:

\_\_\_\_ Stipulated    \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed    \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 13th day of January, 2009, that:*

*(a) The relief requested is* **GRANTED.**

*(b)* _____

                                          *s/L.A. Collier*
                                          **Lacey A. Collier**
                                *Senior United States District Judge*