**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                                          CASE NO. 3:08cr23 LAC

JAMES BRIAN GLENN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on August 4, 2009
Motion/Pleadings: MOTION TO EXONERATE BOND
Filed by DEFT on 7/15/09 Doc.# 250

RESPONSES:

                                            on          Doc.#
                                            on          Doc.#

\_\_\_\_ Stipulated    \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed    \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                        Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of August, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                *s/L.A. Collier*
                                                ***LACEY A. COLLIER***
                                      *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.